UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| VERNON MERCIER, derivatively on behalf of MASSEY ENERGY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DON L. BLANKENSHIP, BAXTER PHILLIPS, JR., DAN MOORE, E. GORDON GEE, RICHARD M. GABRYS, JAMES CRAWFORD, BOBBY R. INMAN, ROBERT H. FOGLESONG, H. DREXEL SHORT, JR., J. CHRISTOPHER ADKINS, JEFFREY M. JAROSINSKI, LADY BARBARA THOMAS JUDGE, STANLEY C. SUBOLESKI, ELIZABETH CHAMBERLIN AND THOMAS COOK, <br><br> Defendants, <br><br> and <br><br> MASSEY ENERGY COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:07-cv-0555 <br><br> Judge David A. Faber <br><br> (Derivative Action) |

**JOINT MOTION FOR RULE 11 SANCTIONS**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Nominal Defendant Massey Energy Company ("Massey") and Defendants Don L. Blankenship, Baxter Phillips, Jr., Dan R. Moore, E. Gordon Gee, Richard M. Gabrys, James B. Crawford, Bobby R. Inman, Robert H. Foglesong, H. Drexel Short, Jr., J. Christopher Adkins, Jeffrey M. Jarosinski, Lady Barbara Thomas Judge,

Stanley C. Suboleski, Elizabeth Chamberlin and Thomas Cook (collectively, the "Defendants") jointly move this Court for an order imposing sanctions on Vernon Mercier and his attorneys. As set forth fully in the accompanying memorandum:

1. Mr. Mercier's attorneys violated Fed. R. Civ. P. 11(b)(2) by presenting a pleading to this Court containing claims "not warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law".

2. Mr. Mercier and his attorneys violated Fed. R. Civ. P. 11(b)(1) by presenting a pleading to this Court for the improper purposes of harassing Defendants and extracting legal fees from Massey.

March 3, 2009

        Respectfully submitted,

        s/Jonathan L. Anderson
        A.L. Emch, Esq. (WVSB #1125)
        Jonathan L. Anderson, Esq. (WVSB #9628)
        JACKSON KELLY PLLC
        1600 Laidley Tower
        Post Office Box 553
        Charleston, WV 25322
        (304) 340-1000

        Ronald S. Rolfe, Esq.
        Julie A. North, Esq.
        CRAVATH, SWAINE & MOORE LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019
        (212) 474-1000

        **Counsel for Defendants Dan R. Moore, E. Gordon Gee, Richard M. Gabrys, James B. Crawford, Bobby R. Inman, Robert H. Foglesong, Lady Barbara Thomas Judge, Stanley C. Suboleski and Nominal Defendant Massey Energy Company**

        Thomas V. Flaherty (WV Bar No. 1213)

Jeffrey M. Wakefield (WV Bar No. 3894)
Tammy R. Harvey (WV Bar No. 6904)
Elizabeth L. Taylor (WV Bar No. 10270)
FLAHERTY, SENSABAUGH & BONASSO, PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25301
(304) 345-0200

**Counsel for Defendants Don L. Blankenship, Baxter Phillips, Jr., H. Drexel Short, Jr., J. Christopher Adkins, Jeffrey M. Jarosinski, Elizabeth Chamberlin and Thomas Cook.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| VERNON MERCIER, derivatively on behalf of MASSEY ENERGY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DON L. BLANKENSHIP, BAXTER PHILLIPS, JR., DAN MOORE, E. GORDON GEE, RICHARD M. GABRYS, JAMES CRAWFORD, BOBBY R. INMAN, ROBERT H. FOGLESONG, H. DREXEL SHORT, JR., J. CHRISTOPHER ADKINS, JEFFREY M. JAROSINSKI, LADY BARBARA THOMAS JUDGE, STANLEY C. SUBOLESKI, ELIZABETH CHAMBERLIN AND THOMAS COOK,<br><br>Defendants,<br><br>and<br><br>MASSEY ENERGY COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 2:07-cv-0555<br><br>Judge David A. Faber<br><br>(Derivative Action) |

## CERTIFICATE OF SERVICE

I, Jonathan L. Anderson, do hereby certify that on March 3, 2009, I electronically filed the foregoing *Joint Motion for Rule 11 Sanctions* using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Barry M. Hill, Esq.
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.

89 12th Street,
Wheeling, WV 26003

Lee D. Rudy, Esq.
Robin Winchester, Esq.
J. Daniel Albert, Esq.
Eric L. Zagar, Esq.
BARROWAY, TOPAZ, KESSLER, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Plaintiff*

Thomas V. Flaherty, Esq.
Jeffrey M. Wakefield, Esq.
Tammy R. Harvey, Esq.
Elizabeth L. Taylor, Esq.
FLAHERTY, SENSABAUGH & BONASSO, PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25301

*Counsel for Don L. Blankenship, Baxter Phillips, Jr.,
H. Drexel Short, J. Christopher Adkins, Jeffrey M. Jarosinski,
Elizabeth Chamberlin and Thomas Cook.*

I further certify that I have also mailed the foregoing ***Joint Motion for Rule 11 Sanctions*** via first-class mail, United States Postal Service, to the following non-CM/ECF participants:

James A. Maro, Esq.
Michael J. Hynes, Esq.
BARROWAY, TOPAZ, KESSLER, MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087

*Counsel for Plaintiff*

s/Jonathan L. Anderson
Jonathan L. Anderson, Esq. (WVSB #9628)